IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>                   Plaintiff,<br><br>vs.<br><br>STEVEN MOMII, THE ESTATE OF JEANETTE FAUN WONG, LEIGH MOMII, ROBIN MOMII, THE ESTATE OF WESLEY JOHNSON, JUSTIN FOSTER AND NATIONAL CASUALTY COMPANY,<br><br>                   Defendants. | CV 16-24-BLG-SPW<br><br>**ORDER FOLLOWING SCHEDULING CONFERENCE** |

      A telephonic Scheduling Conference was held on January 30, 2016 for the purposes of selecting a date for a mediation conference. Lyman Bennett, III appeared for Amica Mutual Insurance Company. Guy Rogers and Jon Wilson appeared for Steven Momii. Geoffrey Keller and Ryan Gustafson appeared for the Estate of Jeanette Faun Wong, Leigh Momii, and Robin Momii. Leo Sanford Selvey, Scott Stinson, and William D'Alton appeared for the Estate of Wesley Johnson. M. Jalie Meinecke appeard for Justin Foster and Lori Foster, and Kevin Funyak appeared for National Casualty Company.

      The parties indicated they do not believe a mediation conference will be productive until after Defendant Estate of Wesley Johnson's Motion for Partial

Summary Judgment is decided. Therefore, good cause appearing, IT IS HEREBY ORDERED that the Court will schedule the mediation conference following disposition of the pending Motion for Partial Summary Judgment.

The parties shall contact Judge Cavan's chambers[1] within three (3) days of the Court's ruling on the Motion for Partial Summary Judgement in order to schedule a date for the mediation conference.

IT IS ORDERED.

DATED this 30th day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

---

[1] The telephone number for Judge Cavan's chamber is (406) 247-7025.