## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION



**FILED**

MAY 2 3 2017

Clerk, U S District Court
District Of Montana
Billings

AMICA MUTUAL INSURANCE
COMPANY,

Plaintiff,

vs.

STEVEN MOMII, THE ESTATE OF
JEANNETTE FAUN WONG, LEIGH
MOMII, ROBIN MOMII, THE
ESTATE OF WESLEY JOHNSON,
JUSTIN FOSTER, and NATIONAL
CASUALTY COMPANY,

Defendants.

CV 16-24-BLG-SPW

ORDER FOR DISTRIBUTION
OF INSURANCE PROCEEDS

Upon the parties' Stipulation for Distribution of Insurance Proceeds (Doc.

92), by and between their counsel of record,

IT IS HEREBY ORDERED that the remaining insurance proceeds of

$5,312,035.92, consisting of $5,262,035.92 from Plaintiff Amica Mutual Insurance

Company (hereinafter "Amica") and $50,000.00 from Defendant National

Casualty Company (hereinafter "National"), be distributed as follows:

· $700,000.00 total new money to Defendant The Estate of Jeannette Faun

Wong, consisting of the following:

· $700,000.00 new money under the UIM Coverage of Amica Personal

Auto Policy no. 950946-22CG (hereinafter "Personal Auto Policy").

2

- $1,012,035.92 total new money to Defendant Leigh Momii, consisting of the following:
  - $762,035.92 new money under Amica Umbrella Liability Policy no. 750946-2262 (hereinafter "Umbrella Liability Policy");
  - $225,000.00 new money under the UIM Coverage of the Amica Personal Auto Policy; and
  - $25,000.00 new money under the National policy.
- $100,000.00 total new money to Defendant Robin Momii, consisting of the following:
  - $75,000.00 new money under the UIM Coverage of the Amica Personal Auto Policy; and
  - $25,000.00 new money under the National policy.
- $3,000,000.00 total new money to Defendant The Estate of Wesley Johnson, consisting of the following:
  - $3,000,000.00 new money under the Amica Umbrella Liability Policy.
- $500,000.00 total new money to Defendant Justin Foster and Intervenor Lori Foster, consisting of the following:
  - $262,035.92 new money under the liability coverage of the Amica Personal Auto Policy; and

$237,964.08 new money under the Amica Umbrella Liability Policy. Amica and National shall have fourteen (14) calendar days from the date of this Order to disburse the insurance proceeds. Once the insurance proceeds have been disbursed, the parties shall file stipulations to dismiss with prejudice both this action and *James Johnson, et al. v. Steven T. Momii*, CV-16-14-BLG-SPW.

DATED this _22_ day of May, 2017.

SUSAN P. WATTERS
United States District Judge