IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN T. MOMII; THE ESTATE OF JEANNETTE FAUN WONG, LEIGH MOMII; ROBIN MOMII; THE ESTATE OF WESLEY JOHNSON; JUSTIN FOSTER; AND NATIONAL CASUALTY COMPANY,<br><br>Defendants. | CV 16-24-BLG-SPW<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 94) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 6th day of June, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE